# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOAN MARTINEZ, § | No. 4:14-cv-1822 |
| Plaintiff, § | |
| v. § | |
| GC SERVICES, LP, § | |
| Defendant. § | |

## NOTICE OF VOLUNTARY DISMISSAL

JOAN MARTINEZ (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: December 4, 2014

By: /s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:   /s/ Ryan Lee, Esq.
      Ryan Lee, Esq